**THIS NOTICE DOES NOT GRANT ANY IMMIGRATION STATUS OR BENEFIT.**

| NOTICE TYPE | NOTICE DATE |
|---|---|
| Receipt | December 07, 2021 |

| CASE TYPE | USCIS ALIEN NUMBER |
|---|---|
| I-290B, Notice of Appeal or Motion | A219212492 |

| RECEIPT NUMBER | RECEIVED DATE | PAGE |
|---|---|---|
| IOE0914434824 | December 06, 2021 | 1 of 1 |
| | | DATE OF BIRTH |

XUEGIN WANG
C/O KULIK LAW FIRM P C
305 BROADWAY STE 300
NEW YORK, NY 10007

6  00001215

**PAYMENT INFORMATION:**

| | |
|---|---|
| Application/Petition Fee: | $675.00 |
| Total Amount Received: | $675.00 |
| Total Balance Due: | $0.00 |

NAME AND MAILING ADDRESS

We have received your form and are currently processing the above case. If this notice contains a priority date, this priority does not reflect earlier retained priority dates. We will notify you separately about any other case you filed.

If we determine you must submit biometrics, we will mail you a biometrics appointment notice with the time and place of your appointment.

If you have questions or need to update your personal information listed above, please visit the USCIS Contact Center webpage at uscis.gov/contactcenter to connect with a live USCIS representative in English or Spanish.

**USCIS Office Address:**
USCIS
National Benefits Center
P.O. Box 648003
Lee's Summit, MO 64002

**USCIS Contact Center Number:**
(800)375-5283




If this is an interview or biometrics appointment notice, please see the back of this notice for important information.    Form I-797C 04/01/19